No. 430. ACHILLI *v.* UNITED STATES. Certiorari, 352 U. S. 1023, to the United States Court of Appeals for the Seventh Circuit. The motion for leave to file brief of Carl J. Batter, as *amicus curiae,* is granted. The motion for leave to appear and present oral argument is denied.

No. 809. MICHIGAN WISCONSIN PIPE LINE Co. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL. Appeal from the Supreme Court of Oklahoma. The motion of the Corporation Commission of the State of Oklahoma for leave to file motion to dismiss is granted. *Ferrill H. Rogers* for movant.

No. 337, Misc. SHAMEL *v.* BELINSON, SUPERINTEND-ENT, JACKSONVILLE, ILLINOIS, STATE HOSPITAL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 624, Misc. GIRVIN *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM;
No. 625, Misc. McCLURE *v.* HEINZE, WARDEN;
No. 626, Misc. SCOTT *v.* NASH, WARDEN;
No. 629, Misc. HUX *v.* ALVIS, WARDEN;
No. 639, Misc. HOPWOOD *v.* UNITED STATES BOARD OF PAROLE;
No. 648, Misc. McCOY *v.* COINER, WARDEN; and
No. 652, Misc. CAVINESS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 627, Misc. HALL *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Motion for leave to file petition for writ of injunction denied.

No. 647, Misc. DELANEY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON. Motion for leave to file petition for writ of prohibition denied.